IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERIC KELLY,

    Petitioner,

vs.

SUZANNE HASTINGS,

    Respondent.

CIVIL ACTION NO.: CV214-005

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Eric Kelly ("Kelly") filed Objections. A review of Kelly's Objections reveals that he makes the same assertions as he did in his previously-filed pleadings. The Magistrate Judge adequately analyzed Kelly's contentions in recommending that Kelly's petition be denied.

Kelly's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Kelly's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA